### CAGLE v. STATE.
#### No. 22136.

Court of Criminal Appeals of Texas.
May 20, 1942.

No attorney for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant pleaded guilty before the court to receiving and concealing stolen property, knowing same to have been stolen, and after a proper warning and hearing evidence the court found him guilty and assessed his punishment at two years' confinement in the State penitentiary.

Although he persisted in pleading guilty, and received the minimum penalty, he gave proper notice of appeal, but filed neither a statement of facts nor any bills of exceptions.

The proceedings appear regular in every way, and the judgment is affirmed.

### CAGLE v. STATE.
#### No. 22137.

Court of Criminal Appeals of Texas.
May 20, 1942.

No attorney for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Upon his plea of guilty appellant was convicted of receiving and concealing stolen cattle, and his punishment assessed at two years in the penitentiary.

No bills of exception or statement of facts are found in the record. The indictment charges the offense. Nothing is presented for review.

The judgment is affirmed.